UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTIS SATHER,

           Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

           Respondent.

Case No. C21-830-BHS-MLP

REPORT AND RECOMMENDATION

Petitioner Curtis Sather is a native and citizen of Canada who is seeking asylum in the United States. Petitioner initiated this federal habeas action under 28 U.S.C. § 2241 to obtain release from immigration detention or a bond hearing. (Dkt. ## 5, 5-1.) At the time he filed his petition, Petitioner was confined at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington pending adjudication of his request for asylum. (*See id*.; Dkt. # 10 at ¶¶ 4, 10.) Following service of the petition on Respondent, Petitioner filed what appears to be an addendum to his original petition (dkt. # 7), and Respondent thereafter filed a motion to dismiss this action, arguing that Petitioner's continued detention was lawful under 8 U.S.C. § 1225(b) (dkt. # 9).

REPORT AND RECOMMENDATION - 1

1    Respondent subsequently filed a motion to supplement the pleadings, advising that
2    Petitioner was released from custody on or about August 27, 2021, and requesting that
3    Petitioner's federal habeas petition be dismissed as moot given that Petitioner is no longer in
4    federal custody and the only relief sought in the petition was release from custody. (Dkt. # 13.)
5    Petitioner has not responded in any fashion to Respondent's motion to supplement.

6    Under Article III of the U.S. Constitution, federal courts may adjudicate only actual,
7    ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas
8    petition to continue to present a live controversy after the petitioner's release or deportation . . .
9    there must be some remaining 'collateral consequence' that may be redressed by success on the
10   petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). As Respondent notes in the
11   pending motion to supplement, Petitioner has submitted numerous papers in this action in which
12   he makes arguments about a broad range of topics, including his ongoing asylum proceedings
13   and the general state of United States immigration law. (*See* dkt. # 13 at 2, n.2.) However,
14   Petitioner's petition, and the memorandum submitted in support thereof, make clear that the only
15   relief Petitioner sought by way of this federal habeas action was release from custody because he
16   believed his detention was unlawful. (*See* dkt. ## 5, 5-1.) Petitioner's claims were fully resolved
17   by his release from custody, there are no collateral consequences that could be redressed by the
18   Court, and Petitioner's habeas petition should therefore be dismissed as moot. *See Abdala*, 488
19   F.3d at 1065.

20   Based on the foregoing, this Court recommends that Respondent's motion to supplement
21   the pleadings and dismiss Petitioner's habeas petition as moot (dkt. # 13) be GRANTED, that
22   Respondent's original motion to dismiss the petition (dkt. # 9) be DENIED as moot, and that

23

REPORT AND RECOMMENDATION - 2

1  Petitioner's federal habeas petition (dkt. # 5) and this action be DISMISSED with prejudice. A
2  proposed order accompanies this Report and Recommendation.
3      Objections to this Report and Recommendation, if any, should be filed with the Clerk
4  and served upon all parties to this suit within **twenty-one (21) days** of the date on which this
5  Report and Recommendation is signed. Failure to file objections within the specified time may
6  affect your right to appeal. Objections should be noted for consideration on the District Judge's
7  motions calendar for the third Friday after they are filed. Responses to objections may be filed
8  within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter
9  will be ready for consideration by the District Judge on **November 5, 2021**.
10      Dated this 14th day of October, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3