UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CURTIS SATHER, | CASE NO. C21-830 BHS |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondent. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 17. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Respondent's motion to supplement the pleadings and dismiss Petitioner's federal habeas petition as moot, Dkt. 13, is **GRANTED**;

(3) Respondent's original motion to dismiss the petition, Dkt. 9, is **DENIED as moot**;

(4) Petitioner's petition for writ of habeas corpus, Dkt. 6, is **DISMISSED with prejudice**;

ORDER - 1

1     (3)     A certificate of appealability is **DENIED**; and

2     (4)     The Clerk shall close this action.

3     Dated this 30th day of November, 2021.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge